D. SCOTT CARRUTHERS (State Bar #68745)
Law Offices of D. Scott Carruthers
8448 Katella Avenue/PO BOX 228
Stanton, CA 90680
(714) 761-3976     FAX(714)761-1754
EMAIL: DSCLAWOFF@AOL.COM
Attorney for : NATIONWIDE JUDGMENT RECOVERY INC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE JUDGMENT RECOVERY INC

   PLAINTIFF(S)

v.

TODD DISNER et al

   DEFENDANT(S).

CASE NUMBER

8:21-cv-01161

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

[X] State of California, County of  Orange
[ ] State of _____, County of _____

I,  D. SCOTT CARRUTHERS,  hereby state under penalty of perjury that,

1. Judgment for $ 3270.09  was entered on  11/10/2020  on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of  NATIONWIDE JUDGMENT RECOVERY INC.  as Judgment Creditor, and against  LONG H LE  as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number  3-14-cv-91  in the United States District Court for the  Western  District of  North Carolina  and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the  Western  District of  North Carolina  are the following sums:
   $ 166.60  accrued interest, computed at  1.22  % *(See note.)*
   $ 0.00    accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00  which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.
I declare under penalty of perjury that the foregoing is true and correct. Executed at  8448 KATELLA AVE STANTON CA 90680

State of  California  , this  9TH  date of  August  , 2021  .

_____
D.SCOTT CARRUTHERS, ESQ.

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)        AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION